RODMAN M. PRICE et al., appellants,

*v.*

ANNA M. FORREST, administratrix, et al., respondents.

On appeal from an order of the chancellor, whose opinion is reported in *Forrest* v. *Price, 7 Dick. Ch. Rep. 16.*

Mr. *Flavel McGee,* for the appellants.

Mr. *Cortlandt Parker,* for the respondents.

53 693
62 739
62 740

Henninger v. Heald.

PER CURIAM.

Order affirmed, for the reasons given by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, GUMMERE, LIPPINCOTT, LUDLOW, MAGIE, VAN SYCKEL, BROWN, KRUEGER, SIMS, SMITH, TALMAN—12.

*For reversal*—None.